**STATE of Missouri, Respondent,**

v.

**Paula M. BEAM, Appellant.**

**No. ED 97758.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Jan. 8, 2013.

Emmett D. Queener, Woodrail Centre, Columbia, MO, for Appellant.

Chris Koster, Attorney General, Robert J. Bartholomew, Jr., Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before GARY M. GAERTNER, JR., C.J., ROBERT M. CLAYTON III, J., and ELLEN LEVY SIWAK, Sp. J.

## ORDER

PER CURIAM.

Paula M. Beam ("Beam") appeals from the judgment entered upon a jury's verdict convicting her of felony leaving the scene of a motor vehicle accident. The court finds that the State's evidence was sufficient to support a conviction for leaving the scene of a motor vehicle accident, and the trial court did not err in overruling

---

1. All statutory references are to RSMo. Cum. Supp. (2009).

Beam's motions for judgment of acquittal and in imposing judgment. We affirm.

An extended opinion would have no jurisprudential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).